IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| DEEP SEA FINANCING, LLC )<br>    Plaintiff,           )<br>                          )<br>v.                        )<br>                          )<br>DRAGADOS MUNDIALES DEL    )<br>CARIBE S.A. DE C.V.,      )<br>    Defendant.            ) | | CIVIL ACTION NO.<br>CV409-023 |

**DEEP SEA FINANCING, LLC'S**
**MOTION TO DISMISS CROSSCLAIM AGAINST**
**DRAGADOS MUNDIALES DEL CARIBE S.A. DE C.V.**

Deep Sea Financing, LLC hereby moves this Court to dismiss without prejudice its crossclaim against Dragados Mundiales Del Caribe S.A. de C.V.

This 26th day of November, 2013.

|  |  |
|---|---|
| RONALD C. BERRY, P.C. | /s/   Ronald C. Berry |
| Post Office Box 10223 | Ronald C. Berry, |
| Savannah, Ga. 31412 | Georgia Bar No. 055655 |
| (912) 231-8777 | Attorney for Deep Sea Financing, LLC |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| **DEEP SEA FINANCING, LLC** | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.** |
| | ) | **CV409-023** |
| **DRAGADOS MUNDIALES DEL** | ) | |
| **CARIBE S.A. DE C.V.,** | ) | |
|     **Defendant.** | ) | |

### CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing Deep Sea Financing, LLC's motion to dismiss crossclaim against Dragados Mundiales Del Caribe S.A. de C.V. by depositing a properly addressed copy thereof, postage prepaid, in the United States Mail upon:

> Charles Newlin
> c/o Dragados Mundiales Del Caribe de C.V.
> 135 Sea View Drive
> Aransas Pass, Texas  78336

This 26th day of November, 2013.

| | |
|---|---|
| | /s/   Ronald C. Berry |
| RONALD C. BERRY, P.C. | Ronald C. Berry |
| Post Office Box 10223 | Georgia Bar Number 055655 |
| Savannah, GA  31412 | Attorney for Deep Sea Financing, LLC |
| (912) 231-8777 | |