IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| DEEP SEA FINANCING, LLC | ) | |
| | ) | |
| v. | ) | CV 409-23 |
| | ) | |
| DRAGADOS MUNDIALES DEL CARIBE, SA DE CV | ) ) | |

**ORDER**

Plaintiff Deep Sea Financing, LLC has filed a Motion to dismiss its crossclaim against Dragado Mundiales de Caribe S.A. de C.V. pursuant to Rule 41. This motion is hereby GRANTED.

SO ORDERED this 30 day of December, 2013.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA